IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

CHRISTOPHER KYLE GORDON, )
)
    Plaintiff, )
)
v. ) CIVIL ACTION NO.: CV507-057
)
MICHAEL J. ASTRUE, )
Commissioner of Social Security, )
)
    Defendant. )

## ORDER

Presently before the Court are Plaintiff's Objections to the Magistrate Judge's Report wherein he recommended the decision of the Commissioner of the Social Security Administration be affirmed. In his Objections, Plaintiff contends the Administrative Law Judge ("ALJ") and the Magistrate Judge "systemarily (sic) dispensed with the overwhelming evidence of [Plaintiff's] continuing disability." (Doc. No. 29, p. 7). Plaintiff alleges the ALJ and the Magistrate Judge did not cite "good reasons" to "ignore the findings of treating physicians[.]" (Id. at 7-8). Plaintiff also alleges that, if the findings of his treating physicians were credited, a finding of disability would be dictated.

Plaintiff's Objections largely consist of reassertions of the contentions found in his original brief, and these assertions were considered by the Magistrate Judge in reaching his recommendation that the decision of the Commissioner be affirmed. Additionally, Plaintiff appears to mischaracterize the role of the Court in Social Security cases. The role of this Court is to ensure the ALJ's determination, and thus, that of the

Commissioner, is supported by substantial evidence and that the proper legal standards were applied. This Court is not to reweigh or otherwise evaluate the evidence presented at the administrative level. See Dyer v. Barnhart, 395 F.3d 1206, 1210 (11th Cir. 2005) (noting that a reviewing court does not "decide facts anew, reweigh the evidence or substitute" its judgment for that of the Commissioner and that, even if the evidence preponderates against the Commissioner's factual findings, the court must affirm a decision supported by substantial evidence).

The Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. The decision of the Commissioner is **AFFIRMED**. Plaintiff's Complaint is **DISMISSED**. The Clerk of Court is authorized and directed to enter the appropriate judgment of dismissal.

**SO ORDERED**, this 3 day of September, 2008.

_____
HONORABLE LISA GODBEY WOOD
UNITED STATES DISTRICT JUDGE